UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Darren Starr

        v.                  Case No. 10-cv-437-PB

Cpl Knierman, et al

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated June 21, 2011.

SO ORDERED.

July 7 , 2011                      /S/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

cc:    Darren Starr, Pro se